IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 21-cv-01159-DDD-SKC

KAREN BLACKWOOD,

    Plaintiff,

v.

SKYWEST AIRLINES, INC.

    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, by and through their undersigned counsel, hereby submit this Stipulation for Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear her or its own costs and attorneys fees.

Respectfully submitted this 1st day of March 2022.

| | |
|---|---|
| JONES LAW, LLC | GORDON REES SCULLY MANSUKHANI, LLP |
| s/ Kimberly J. Jones | s/ Ann C. Purvis |
| Kimberly J. Jones | Ann C. Purvis |
| 4 W. Dry Creek Circle, Suite 100 | Danielle A. Estenssoro |
| Littleton, CO 80120 | 555 Seventeenth Street, Suite 3400 |
| (303) 551-1289 | Denver, CO 80202 |
| kim@jones-legal.com | (303) 534-5160 |
| | apurvis@grsm.com |
| LISA R. SAHLI, ATTORNEY AT LAW, LLC | |
| s/ Lisa R. Sahli | s/ Chad Shultz |
| Lisa R. Sahli | Chad Shultz |
| P.O. Box 270834 | 55 Ivan Allen Jr. Blvd., Suite 750 |
| Littleton, CO 80127 | Atlanta, GA 30308 |
| (720) 545-1690 | (404) 869-9054 |
| sahlilaw@gmail.com | cshultz@grsm.com |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |